IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-02550-WYD-MJW

SIAMAK AMIRINOOR,

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Unopposed Motion to Vacate Scheduling Conference (docket no. 8) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference set on January 11, 2012, at 10:00 a.m. is VACATED and reset to February 21, 2012, at 9:00 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294. The parties shall file their proposed Rule 16 Scheduling Order five (5) business days prior to the Scheduling Conference.

It is FURTHER ORDERED that Plaintiff shall forthwith serve the Defendant or SHOW CAUSE why this case should not be dismissed on February 21, 2012.

Date:  December 2, 2011