IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-02550-WYD-MJW

SIAMAK AMIRINOOR,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

**ORDER TO TRANSFER**

THIS MATTER comes before the Court upon review of the file.   Pursuant to D.C.COLO.LCivR 40.1A and with approval of the Chief Judge, this matter is hereby transferred to Senior Judge Richard P. Matsch with the understanding that he has agreed to the transfer.   Accordingly, it is

ORDERED that this matter is transferred to Senior Judge Richard P. Matsch pursuant to D.C.COLO.LCivR 40.1A and with the approval of the Chief Judge.

Dated:   April 18, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE