**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02550-RPM

SIAMAK AMIRINOOR,

    Plaintiff,
v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____

**ORDER VACATING ORDERS**
_____

    This civil action having been reassigned to permit a coordinated approach to the management with all five civil actions pending before this Court and in anticipation of a conference to be held in all five actions to enable the development of a coordinated case management order, it is

    ORDERED that the order of reference to Magistrate Judge Michael Watanabe is vacated and the Scheduling Order entered February 21, 2012, is vacated and it is also

    ORDERED that the defendant's Motion to Reassign Case to AP Docket is denied.

    Dated: April 23rd, 2012.

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge