**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE RICHARD P. MATSCH**

Civil Action No. 11-cv-02550-RPM
    SIAMAK AMIRINOOR v. THE UNITED STATES OF AMERICA;

Civil Action No. 11-cv-02584-RPM
    KEVIN STRINGER, *et al.*, v. THE UNITED STATES OF AMERICA;

Civil Action No. 11-cv-02817-RPM
    DANIEL JONES v. THE UNITED STATES OF AMERICA;

Civil Action No. 11-cv-02819-RPM
    ROBERT DURAN v. THE UNITED STATES OF AMERICA; and

Civil Action No. 12-cv-00876-RPM
    PAUL ALFREDO GARCIA-PEREZ, et al., v. THE UNITED STATES OF AMERICA.

_____

**ORDER SETTING CONFERENCE**
_____

Pursuant to the Orders entered in the captioned cases by this Court on April 23, 2012, it is

ORDERED that a conference to enable the development of a coordinated case management order is scheduled for **May 18, 2012, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated: April 24th, 2012.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge